UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEE POH SUN aka JAMES LEE POH SUN and TAN SIOK YIN, Husband and Wife,<br>　　　　　　　Plaintiffs,<br>　v.<br>DREAMDEALERS USA, LLC dba EXOTICS RACING, a Nevada limited liability company, et al.,<br>　　　　　　　Defendants. | Case No. 2:13-cv-01605-MMD-NJK<br><br>ORDER |

This case comes before this Court through Defendants American Transport, Inc., Randy Allen Romo and Force Transport, LLC's Petition for Removal. (Dkt. no. 5.) Plaintiff Jeffrey Theo Kling filed this action in the Second Judicial District Court in Washoe County, Nevada, after an alleged collision with a truck being operated by Romo, an employee of American Transport, Inc. Plaintiff asserts claims of negligence.

On February 11, 2014, the Court ordered Defendants to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. (Dkt. no. 21.) Defendants responded on February 26, 2014. (Dkt. no. 22.) In their response, Defendants met their burden to demonstrate that the amount-in-controversy exceeds $75,000. Plaintiff seeks medical expenses, and Defendants provide a copy of Plaintiff's medical bills totaling $92,371.85. (*See* dkt. no. 22-1.) Accordingly, the Court is now assured of its jurisdiction to preside over this case.

DATED THIS 28th day of February 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE