PARKER | SCHEER LAGOMARSINO
ANDRE M. LAGOMARSINO, ESQ.
Nevada State Bar No. 6711
DANIEL M. RYAN, ESQ.
Nevada State Bar No. 12485
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for LEE POH SUN
aka JAMES LEE POH SUN
and TAN SIOK YIN*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>LEE POH SUN a/k/a JAMES LEE POH SUN, individually,<br><br>    Defendant. | CASE NO: 2:13-CV-01605-JCM-VCF<br><br>CONSOLIDATED WITH<br><br>CASE NO: 2:13-CV-00373-JCM-VCF<br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| LEE POH SUN a/k/a JAMES LEE POH SUN and TAN SIOK YIN, Husband and Wife,<br><br>    Counterclaimant/Third-Party Plaintiff,<br><br>vs.<br><br>DREAMDEALERS USA, LLC d/b/a EXOTICS RACING, a Nevada limited liability company, BRANDON GRADE; DOES 1 through 20, DOE EMPLOYEES 1-20, ROE CORPORATIONS 1 through 20, inclusive,<br><br>    Defendant. | |

…

…

On August 8, 2013, LEE POH SUN, a/k/a JAMES LEE POH SUN and TAN SIOK YIN, initially brought suit against DREAMDEALERS, USA, LLC dba EXOTICS RACING, and BRANDON GRADE in the Eight Judicial District Court, Clark County, Nevada (Case No. A-13-686729-C).  This case was removed to the United States District Court—District of Nevada, on September 4, 2013 (Case No. 2:13-cv-01605-JCM-VCF).

On March 6, 2013, DREAMDEALERS filed a Complaint in the United States District Court—District of Nevada against SUN (Case No. 2:13-cv-00373-JCM-VCF).  On February 10, 2014, SUN filed a Counterclaim against DREAMDEALERS and Third Party Complaint against GRADE.

On March 11, 2014, Case No. 2:13-CV-010605-JCM-VCF consolidated into Case No. 2:13-cv-00373-JCM-VCF.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that any and all claims brought by the parties in the aforementioned cases, as originally brought or as amended, are hereby DISMISSED, WITH PREJUDICE, with each party to bear their own attorneys' fees and costs.

DATED this 25th day of February, 2015.

**OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI**

    /s/ Katie Gordon, Esq.
WALTER R. CANNON, ESQ. (#1505)
KATHERINE J. GORDON, ESQ. (#5813)
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for Dreamdealers USA, LLC d/b/a Exotics Racing and Brandon Grade*

DATED this 25th day of February, 2015.

**PARKER | SCHEER LAGOMARSINO**

    /s/ Daniel M. Ryan, Esq.
ANDRE M. LAGOMARSINO, ESQ. (#6711)
DANIEL M. RYAN, ESQ. (#12485)
9555 South Eastern Avenue, Suite 210
Las Vegas, Nevada 89123
*Attorneys for LEE POH SUN aka JAMES LEE POH SUN and TAN SIOK YIN*

DATED this 25th day of February, 2015.

**THE AMIN LAW GROUP NV, LTD.**

    /s/ Ismail Amin, Esq.
ISMAIL AMIN, ESQ. (#9343)
LAWRENCE KULP, ESQ. (#7411)
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89109
Facsimile: (702) 990-3501
*Attorneys for Dreamdealers USA, LLC d/b/a Exotics Racing and Brandon Grade*

## ORDER

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed in its entirety with prejudice, each part to bear its own fees and costs.

    /s/ James C. Mahan
JUDGE JAMES C. MAHAN
United States District Court Judge

DATED: February 26, 2015